# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00354-CV

**Kimberly Compton and Orlando Bell, Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 146TH JUDICIAL DISTRICT
### NO. 239,406-B, HONORABLE RICK MORRIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Kimberly Compton has filed a motion to abate proceedings so that her attorney may obtain guidance from the trial court about the scope of her appointment on appeal, seek clarification of the trial court's nunc pro tunc order, and file a supplemental clerk's record in this Court. Compton's counsel has conferred with counsel for appellant Orlando Bell, counsel for appellee, and the child's attorney ad litem, none of whom object to the motion to abate.

This appeal is abated. The parties are instructed to file a report ninety days from the date of this order informing this Court about the status of the trial court proceedings. Failure to file the status report within ninety days after the issuance of this order may result in the dismissal of appellant Compton's appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Before Justices Puryear, Rose and Goodwin

Abated

Filed:   September 14, 2011